Ida Levin, Respondent, v. Max B. Juditsky, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Martin Mager, Appellant, v. New York and Western Specialty Company and Annie C. Carpenter, Defendants. D. Henry Brown, Late Sheriff of Suffolk County, Respondent.— Order affirmed by default, with ten dollars costs and disbursements. Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.